JAMES A. YORO, SB# 86768
Chain, Younger, Cohn & Stiles
1430  Truxtun Ave, Suite 100
P O Box 2386
Bakersfield, CA 93303-2386
Phone: (661) 323-4000
Fax: (661) 283-6969

Attorney for Plaintiff
PAMELA E MCKENZIE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA E MCKENZIE, | ) Case No.: 1:07-cv-01003-SMS |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) EXTEND TIME |
| vs. | ) |
| | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant | ) |
| | ) |

    The party, through her respective counsel, stipulate that the time for filing plaintiff's confidential letter be extended to January 2, 2008.

//

//

//

//

//

1

PDF created with pdfFactory trial version www.pdffactory.com

    This is the plaintiff's first request for an extension of time to file the confidential letter.  Plaintiff needs additional time to further review the file and prepare response in this matter.

Dated:    12/13/07

                                        /s/ James A. Yoro
                                        JAMES A. YORO
                                        Attorney for Plaintiff


Dated: 12/13/07
                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Sarah L. Ryan
                                        (As authorized via telephone)
                                        Assistant Regional Counsel


IT IS SO ORDERED:


Dated:    12/18/2007
                                         /s/ Sandra M. Snyder
                                        THE HONORABLE SANDRA M. SNYDER
                                        United States Magistrate Judge

2

PDF created with pdfFactory trial version www.pdffactory.com

```
JAMES A. YORO, SB# 86768
Chain, Younger, Cohn & Stiles
1430  Truxtun Ave, Suite 100
P O Box 2386
Bakersfield, CA 93303-2386
Phone: (661) 323-4000
Fax: (661) 283-6969

Attorney for Plaintiff
PAMELA E MCKENZIE
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA E MCKENZIE, | ) Case No.: 1:07-cv-01003-SMS |
| Plaintiff, | ) STIPULATION AND ORDER TO ) EXTEND TIME |
| vs. | ) |
| Commissioner of Social Security | ) |
| Defendant | ) |

The party, through her respective counsel, stipulate that the time for filing plaintiff's confidential letter be extended to January 2, 2008.

//

//

//

//

//

1

PDF created with pdfFactory trial version www.pdffactory.com

This is the plaintiff's first request for an extension of time to file the confidential letter.  Plaintiff needs additional time to further review the file and prepare response in this matter.

Dated:    12/13/07

                                                                  /s/ James A. Yoro
                                                                  JAMES A. YORO
                                                                 Attorney for Plaintiff

Dated: 12/13/07

                                                                  MCGREGOR W. SCOTT
                                                                  United States Attorney


                                                                  /s/ Sarah L. Ryan
                                                                  (As authorized via telephone)
                                                                  Assistant Regional Counsel


IT IS SO ORDERED:


Dated:    12/18/2007
                                                          /s/ Sandra M. Snyder
                                                        THE HONORABLE SANDRA M. SNYDER
                                                        United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com