1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8943
      Facsimile: (415) 744-0134
7     E-Mail: Theophous.reagans@ssa.gov

8  Attorneys for Defendant

9                 UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11                       **FRESNO DIVISION**

12 PAMELA MCKENZIE,            )   CIVIL NO. 1:07-cv-01003 -SMS
                               )
13      Plaintiff,             )   STIPULATION FOR EXTENSION OF TIME
                               )   TO RESPOND TO SETTLEMENT LETTER;
14          v.                 )
                               )   ORDER
15                             )
   MICHAEL J. ASTRUE,          )
16 Commissioner of             )
   Social Security,            )
17                             )
        Defendant.             )
18 _____)

19     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension of time up to and through March 13, 2008, in

21 which to respond to Plaintiff's settlement letter.  This extension is requested because the settlement letter

22 was inadvertently directed to another attorney who is currently on leave.  Counsel apologizes for the delay

23 and inconvenience and respectfully requests that the court grant this unopposed request for extension.

| | |
|---|---|
| Dated:  February 13, 2008 | /s/ *James A. Yoro*<br>*(*As authorized via telephone on 2/12/08)<br>JAMES A. YORO<br>Attorney for Plaintiff |
| | SCOTT N. SCHOOLS<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| Dated:  February 13, 2008 | By:  /s/ *Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated:  2/13/2008 | /s/ Sandra M. Snyder<br>Sandra M. Snyder<br>United States Magistrate Judge |