1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7       E-Mail: Theophous.reagans@ssa.gov

8  Attorneys for Defendant

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                              **FRESNO DIVISION**

12 PAMELA MCKENZIE,                )   CIVIL NO. 1:07-cv-01003 SMS
                                   )
13     Plaintiff,                  )   STIPULATION FOR EXTENSION OF TIME
                                   )   TO FILE RESPONSIVE BRIEF;
14     v.                          )
                                   )   ORDER
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17     Defendant.                  )
   _____ )
18

19     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension of time up to and through June 12, 2008, in which

21 to respond to Plaintiff's Opening Brief.  This extension is requested because of defense counsel's heavy

22 caseload.  Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant

23 this unopposed request for extension.

| | |
|---|---|
| Dated: May 8, 2008 | /s/ *James A. Yoro* <br> *(As authorized via fax on 5/08/08)* <br> JAMES A. YORO <br> Attorney for Plaintiff |
| | SCOTT N. SCHOOLS <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX |
| Dated: May 8, 2008     By: | */s/ Theophous H. Reagans* <br> THEOPHOUS H. REAGANS <br> Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated: 5/12/2008 | /s/ Sandra M. Snyder <br> Sandra M. Snyder <br> United States Magistrate Judge |