JAMES A. YORO, SB# 86768
Chain, Younger, Cohn & Stiles
1430 Truxtun Ave, Suite 100
P O Box 2386
Bakersfield, CA 93303-2386
Phone: (661) 323-4000
Fax: (661) 283-6969

Attorney for Plaintiff
PAMELA E MCKENZIE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA E MCKENZIE,<br><br>    Plaintiff,<br><br>    vs.<br><br>Commissioner of Social Security<br><br>    Defendant | Case No.: 1:07-cv-01003-SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The party, through her respective counsel, stipulate that the time for filing Appellant's reply brief be extended to July 12, 2008.

    This is the plaintiff's first request for an extension of time to file the Appellant's reply brief. Plaintiff needs additional time to further review the file and prepare response in this matter.

Dated: 06/23/08

                                            /s/ James A. Yoro
                                            JAMES A. YORO
                                            Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

Dated: 06/23/08

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Theophous H. Reagans
                                        THEOPHOUS H. REAGANS
                                        (As authorized via telephone 6/23/08)
                                        Special Assistant US Attorney

IT IS SO ORDERED:


Dated:  6/24/2008                         /s/ Sandra M. Snyder
                                        THE HONORABLE SANDRA M. SNYDER
                                        United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com